SMITH, appellant, and ALTON and others, respondents.

Decree opened, sheriff's sale set aside, and mortgagor let in to make defense, on the ground of surprise and sacrifice.

---

Mr. Stone, for appellant.

THE CHIEF JUSTICE.

This was an appeal from the order of the Chancellor opening the decree to sell in a foreclosure case, setting aside the sheriff's sale and letting the mortgagor in to make defence. We think this order was proper and equitable. The decree and sale were a surprise to the defendant, and the property has been greatly sacrificed.

Let the order appealed from be affirmed, with costs.

The whole court concurred.